IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TIM POOL,

      Plaintiff,

v.                                                                             Case No. 3:24-cv-00127

HARRIS FOR PRESIDENT,

      Defendant.

**STIPULATION EXTENDING TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 12.01 of this Court's Local Rules of Civil Procedure, Tim Pool ("Plaintiff"), by and through counsel, has agreed to and hereby does stipulate to the extension of time for Harris for President ("Defendant") to move, answer, or defend in any manner Plaintiff's Complaint, served via certified mail on October 15, 2024.  By agreement of Plaintiff and Defendant, that time is extended to and including December 16, 2024.

A proposed order reflecting the same and signed by counsel for Plaintiff and by counsel for Defendant accompanies this stipulation.

Dated: November 4, 2024

s/Anthony J. Majestro
Anthony J. Majestro (WVSB #5165)
Christina L. Smith (WVSB #7509)
Graham B. Platz (WVSB #14093)
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite 807
Charleston, WV 25301
Tel: 304-346-2889
Fax: 304-346-2895
amajestro@powellmajestro.com
csmith@powellmajestro.com
gplatz@powellmajestro.com
***Counsel for Harris for President***

David J. Burman (DC Bar #269779)*
John Devaney (DC Bar #375465)*
PERKINS COIE LLP
700 13th Street, NW
Washington, DC 20005
Tel:1.202.654.6200
Fax: 1.202.654.6211
DBurman@perkinscoie.com
JDevaney@perkinscoie.com
***Counsel for Harris for President***
*pro hac vice motion forthcoming

| | |
|---|---|
| s/ James R. Akers | James R. Lawrence, III (NC BPR No. 44,560*) |
| James R. Akers, II (WV State Bar #8083) | ENVISAGE LAW |
| AKERS LAW OFFICES, PLLC | 2601 Oberlin Rd, Suite 100 |
| PO Box 11206 | Raleigh, NC 27608 |
| Charleston, WV 25339 | Telephone: 919.755.1317 |
| Telephone: 304.720.1442 | Facsimile: (919) 782.0452 |
| Facsimile: 304.720.6956 | Email: jlawrence@envisage.law |
| Email: JB@akerslawoffices.com | *Counsel for Plaintiff Tim Pool* |
| *Counsel for Plaintiff Tim Pool* | *pro hac vice motion pending |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TIM POOL,

    Plaintiff,

v.                                                                         Case No. 3:24-cv-00127

HARRIS FOR PRESIDENT,

    Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James R. Akers, II (WV State Bar #8083)
AKERS LAW OFFICES, PLLC
PO Box 11206
Charleston, WV 25339
Telephone: 304.720.1442
Facsimile: 304.720.6956
Email: JB@akerslawoffices.com
***Counsel for Plaintiff Tim Pool***

I hereby certify that I have emailed the document to the following non-CM/ECF participants:

| | |
|---|---|
| James R. Lawrence, III (NC BPR No. 44,560*) | David J. Burman (DC Bar #269779)* |
| ENVISAGE LAW | John Devaney (DC Bar #375465)* |
| 2601 Oberlin Rd, Suite 100 | PERKINS COIE LLP |
| Raleigh, NC 27608 | 700 13th Street, NW |
| Telephone: 919.755.1317 | Washington, DC 20005 |
| Facsimile: (919) 782.0452 | Tel.:1.202.654.6200 |
| Email: jlawrence@envisage.law | Fax: 1.202.654.6211 |
| ***Counsel for Plaintiff Tim Pool*** | DBurman@perkinscoie.com |
| *pro hac vice motion pending | JDevaney@perkinscoie.com |
| | ***Counsel for Harris for President*** |
| | *pro hac vice motion forthcoming |

                                                                          s/ Anthony J. Majestro
                                                                           Anthony J. Majestro