# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TIM POOL,

    Plaintiff,

v.                                                                                Case No. 3:24-cv-00127

HARRIS FOR PRESIDENT,

    Defendant.

## [PROPOSED] ORDER

THIS MATTER is before the Court upon the parties' stipulation to extend the time to answer or otherwise respond to the complaint to and including December 16, 2024.

THE COURT, having considered the stipulation, and other appropriate matters of record, concludes, in its discretion, that good cause exists to GRANT the stipulation with the consent of the parties.

THEREFORE, the stipulation is GRANTED and the Defendant shall have until December 16, 2024, to answer or otherwise respond to the Complaint.

AGREED TO BY:

| | |
|---|---|
| s/Anthony J. Majestro | s/ James R. Akers |
| Anthony J. Majestro (WVSB #5165) | James R. Akers, II (WV State Bar #8083) |
| ***Counsel for Harris for President*** | ***Counsel for Plaintiff Tim Pool*** |

This the ___ day of November 2024.

                                                                     _____
                                                                     **JUDGE GINA M. GROH**