# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**TIM POOL,**

      Plaintiff,

v.                                                                                                    **CIVIL ACTION NO.: 3:24-CV-127 (GROH)**

**HARRIS FOR PRESIDENT,**

      Defendant,

## ORDER GRANTING PRO HAC VICE ADMISSION

Upon consideration of the Application for Admission *Pro Hac Vice* of James R. Lawrence, III [ECF No. 15], the Court **ORDERS** that the Application be, and the same is hereby, **APPROVED**. The Applicant may appear *pro hac vice* in this matter on behalf of the represented party.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** November 8, 2024

                                                        GINA M. GROH
                                                        UNITED STATES DISTRICT JUDGE