IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

| | |
|---|---|
| TIM POOL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:24-cv-00127-GMG |
| | ) |
| HARRIS FOR PRESIDENT, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Tim Pool hereby dismisses this action with prejudice.

Respectfully submitted, this 19th day of December, 2024.

By: /s/ James R. Lawrence, III
James R. Lawrence, III (NC BPR No. 44,560*)
ENVISAGE LAW
2601 Oberlin Rd, Suite
Raleigh, NC 27608
Telephone: 919.755.1317
Facsimile: (919) 782.0452
Email: jlawrence@envisage.law

*admitted pro hac vice

and

/s/ James R. Akers, II
James R. Akers, II (WV State Bar #8083)
AKERS LAW OFFICES, PLLC
PO Box 11206
Charleston, WV 25339
Telephone: 304.720.1442
Facsimile: 304.720.6956
Email: JB@akerslawoffices.com

*Counsel for Plaintiff Tim Pool*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2024, I electronically filed the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following:

Anthony J. Majestro (WVSB #5165)
Christina L. Smith (WVSB #7509)
Graham B. Platz (WVSB #14093)
POWELL & MAJESTRO, PLLC 405
Capitol Street, Suite 807 Charleston, WV 25301
Tel: 304-346-2889
Fax: 304-346-2895
amajestro@powellmajestro.com
csmith@powellmajestro.com
gplatz@powellmajestro.com

I hereby certify that I have emailed the **NOTICE OF DISMISSAL WITH PREJUDICE** to the following non-CM/ECF participants:

David J. Burman (DC Bar #269779)*
John Devaney (DC Bar #375465)*
PERKINS COIE LLP
700 13th Street, NW
Washington, DC 20005
Tel:1.202.654.6200
Fax: 1.202.654.6211
DBurman@perkinscoie.com
JDevaney@perkinscoie.com

                                        */s/ James R. Akers, II*